UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

Gregory Lynn, et al.                       Case No. 17-14168

    Plaintiff,                             Honorable Judge Robert Cleland

v.

City of Detroit

    Defendant.

---

### PLAINTIFF GREGORY LYNN'S MOTION FOR 60 DAYS TO RETAIN COUNSEL

Plaintiff Gregory Lynn, pro se, requests 60 days to retain counsel for representation in Case #17-14168. In support of this motion, Plaintiff states:

1. Plaintiff has made good faith efforts to retain counsel, however due to Covid-19, locating an attorney who specializes in qui tam cases and who is taking on new cases during this time has proven to be fairly difficult.

2. Furthermore, any prospective counsel would require a considerable amount of time to review Plaintiff's file to make a decision on accepting Plaintiff's case, much more than the 30 days that the Defendant, City of Detroit has agreed to.

3. On February 19, 2021 Plaintiff contacted counsel for Defendant to seek their concurrence in the relief requested.

4. Defendant's counsel opposes the request.

WHEREFORE, for the foregoing reasons, Plaintiff Gregory Lynn requests 60 days to retain counsel.

Respectfully submitted,

/s/ Gregory Lynn
Gregory Lynn
1749 Lexington Drive
Troy, MI 48084
(313) 801-3656

Date: February 24, 2021

## CERTIFICATE OF SERVICE

I certify that the foregoing was served on defendant's counsel via U.S. Mail on February 24, 2021.

Respectfully submitted,

/s/ Gregory Lynn
Gregory Lynn
1749 Lexington Drive
Troy, MI 48084
(313) 801-3656

Date: February 24, 2021