UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA, ex rel           CASE NO. 17-14168-RHC
GREGORY LYNN and PAULETTE
HAMILTON,                                  THE HON. ROBERT H. CLELAND

    Plaintiffs,

VS.

CITY OF DETROIT,

    Defendant.
_____/

LEDERMANLAW, PC
BY: Howard Yale Lederman (P36840)
Attorneys for Plaintiffs
838 West Long Lake Road, Suite 100
Bloomfield Hills, Michigan 48302
(248) 639-4696
hledermanlaw@gmail.com

CITY OF DETROIT LAW DEPARTMENT
BY: Eric L. Gaabo (P39213)
Attorneys for Defendant
2 Woodward Avenue, Suite 500
Detroit, Michigan 48226
(313) 237-3052
gaabe@detroitmi.gov
_____/

**PLAINTIFFS' RESPONSE TO DEFENDANT CITY OF DETROIT'S
MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(1)**

1

PLAINTIFFS UNITED STATES OF AMERICA, ex rel GREGORY LYNN AND PAULETTE HAMILTON, respond to Defendant City of Detroit's above-entitled motion as follows:

1. This Court should deny the motion, because Plaintiffs have retained counsel to pursue this action.

2. The motion's sole basis is that Plaintiffs had not retained counsel to pursue their qui tam action as relators on the United States' behalf against Defendant City of Detroit **[DEFENDANT CITY]**. (ECF #34, 2/25/21 Defendant City of Detroit's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) **[Defendant City's Motion]**, Brief in Support, Statement of the Issues Presented, Case Summary, Service of the Complaint and Communications Between the Parties, Argument, Section II)

3. **On March 25, 2021, Plaintiffs' new counsel, Ledermanlaw, PC, appeared in this action on their behalf.** (Exhibit 1, ECF #__, 3/25/21 Appearance)

4. As a result, Plaintiffs Gregory Hamilton and Paulette Hamilton, as relators, are no longer pursuing this action pro see. Rather, they are pursuing this action through appeared counsel.

5. Accordingly, denial or dismissal of the motion is in order.

THEREFORE, PLAINTIFFS UNITED STATES OF AMERICA, ex rel

GREGORY LYNN AND PAULETTE HAMILTON respectfully request this Court to:

A. Deny the motion with prejudice, or

B. Dismiss the motion with prejudice.

Dated: April 6, 2021

/s/ Howard Yale Lederman
LEDERMANLAW, PC
BY: Howard Yale Lederman (P36840)
Counsel for Plaintiffs
838 West Long Lake Road, Suite 100
Bloomfield Hills, Michigan 48302
(248) 639-4696
hledermanlaw@gmail.com

## CERTIFICATE OF SERVICE

Gabrielle Frey certifies that on April 7, 2021, she served copies of Plaintiffs' Response to Defendant City of Detroit's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and this Certificate of Service via this Court's electronic filing system on all counsel of record.

/s/ Gabrielle Frey
Gabrielle Frey
Legal Assistant

lynng\response 04 06 21

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA, ex rel          CASE NO. 17-14168-RHC
GREGORY LYNN and PAULETTE
HAMILTON,                                  THE HON. ROBERT H. CLELAND

    Plaintiffs,

VS.

CITY OF DETROIT,

    Defendant.
                                      /

LEDERMANLAW, PC
BY: Howard Yale Lederman (P36840)
Attorneys for Plaintiffs
838 West Long Lake Road, Suite 100
Bloomfield Hills, Michigan 48302
(248) 639-4696
hledermanlaw@gmail.com

CITY OF DETROIT LAW DEPARTMENT
BY: Eric L. Gaabo (P39213)
Attorneys for Defendant
2 Woodward Avenue, Suite 500
Detroit, Michigan 48226
(313) 237-3052
gaabe@detroitmi.gov
                                      /

**PLAINTIFFS' RESPONSE TO DEFENDANT CITY OF DETROIT'S
MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(1)**

# EXHIBIT 1

lynng\exhibit 1 04 06 21

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA, ex rel
GREGORY LYNN and PAULETTE
HAMILTON,

CASE NO. 17-14168-RHC

THE HON. ROBERT H. CLELAND

    Plaintiffs,

VS.

CITY OF DETROIT,

    Defendant.
_____/

LEDERMANLAW, PC
BY: Howard Yale Lederman (P36840)
Attorneys for Plaintiffs
838 West Long Lake Road, Suite 100
Bloomfield Hills, Michigan 48302
(248) 639-4696
hledermanlaw@gmail.com

CITY OF DETROIT LAW DEPARTMENT
BY: Eric L. Gaabo (P39213)
Attorneys for Defendant
2 Woodward Avenue, Suite 500
Detroit, Michigan 48226
(313) 237-3052
gaabe@detroitmi.gov
_____/

## APPEARANCE

TO ALL COUNSEL AND PARTIES OF RECORD: LEDERMANLAW, PC appears as Counsel for Plaintiffs Gregory Lynn and Paulette Hamilton in the above action.

1

Dated: March 24, 2021

/s/ Howard Yale Lederman
LEDERMANLAW, PC
BY: Howard Yale Lederman (P36840)
Counsel for Plaintiffs
838 West Long Lake Road, Suite 100
Bloomfield Hills, Michigan 48302
(248) 639-4696
hledermanlaw@gmail.com

## CERTIFICATE OF SERVICE

Gabrielle Frey certifies that on March 25, 2021, she served copies of Ledermanlaw, PC's Appearance as Counsel for Plaintiffs and this Certificate of Service via this Court's electronic filing system on all counsel of record.

/s/ Gabrielle Frey
Gabrielle Frey
Legal Assistant

lynng\appearance 03 24 21